Case 6:20-cr-00097 Document 4 Filed on 08/04/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 6:20-MJ-70 |
| | § | |
| JUAN DIEGO ZAVALA-SOTO; aka | § | |
| ZAVALA-SOTO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard. The Defendant is a multiple time convicted felon, is currently charged with illegal re-entry after deportation, has been twice convicted of illegal re-entry after deportation before this offense, and there is an immigration detainer pending against Defendant. The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request

of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of August, 2020.

_____
Julie K. Hampton
United States Magistrate Judge